# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LYNDA SAVAGE, | |
| Plaintiff, | Case No. 2:11-cv-01279-RCJ-PAL |
| vs. | **ORDER** |
| CLARK COUNTY, | |
| Defendant. | |

The court entered a Discovery Plan and Scheduling Order (Dkt. #18) for this case on September 22, 2011.  The order established February 6, 2012, as the discovery cutoff, as well as other case management deadlines consistent with the provisions of LR 26-1(e).  A subsequent Order (Dkt. #23) was entered granting an extension of discovery cutoff to March 7, 2012, as well as extending other scheduling deadlines.

Pursuant to the direction of the District Judge in this case that trial be set on the trial stack closest to 120 days after the close of discovery,

**IT IS ORDERED** the trial date in this matter is set for Tuesday, July 10, 2012, at 9:00 a.m., with calendar call on Monday, July 2, 2012, at 8:30 a.m., before Judge Robert C. Jones.

Dated this 6th day of December, 2011.

Peggy A. Leen
United States Magistrate Judge