# UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

* * * * *

| | |
|---|---|
| LYNDA SAVAGE, | CASE NO: 2:11-cv-01279-RCJ-PAL |
| Plaintiff, | **ORDER TO EXTEND TIME FOR FILING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| CLARK COUNTY, | (First Request) |
| Defendant. | |

### STIPULATION AND ORDER TO EXTEND TIME FOR FILING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)

COME NOW Defendant, Clark County, by and through its attorney of record, Robert W. Freeman, and Plaintiff Lynda Savage by and through her counsel of record Daniel Marks, Esq. and Adam Levine, Esq., pursuant to Local-Rule 6-1 hereby stipulate, agree, and make joint application to extend the time within which Defendants may file their Motion for Summary Judgment. Pursuant to Local Rule 7-2(b), Defendants' Motion for Summary Judgment is currently due on April 6, 2012.

This extension is requested based upon the following:

The parties are attempting to settle the case. Should negotiations fall through Defendant will need additional time to prepare its Motion for Summary Judgment.

This extension is made in good faith and not for purposes of delay.

Based upon the foregoing, the parties request that this Court order the time for Defendant to file its Motion for Summary Judgment be extended for thirty(30) days,

FREEMAN & ASSOCIATES
1060 Wigwam Parkway
Henderson, Nevada 89074
Telephone (702) 309-3333

pursuant to which Defendants' Motion for Summary Judgment shall be filed on or before Monday, June 18, 2012.

IT IS FURTHER ORDERED that the trial date in this matter is VACATED and RESCHEDULED for Jury Trial, TUESDAY, SEPTEMBER 25, 2012 @ 09:00AM, with Calendar Call on MONDAY, SEPTEMBER 17, 2012 @ 08:30AM, in LAS VEGAS COURTROOM TO BE DETERMINED AND NOTICED AT PUBLIC ELEVATORS ON HEARING DATE, before Chief Judge Robert C. Jones.

IT IS HEREBY ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATE: June 12, 2012